# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

130102

RONALD CARL BAKER,
      Plaintiff-Appellant,

v

SUZANNE MARY BAKER,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130102
COA: 253718
Monroe CC: 99-025311-DO

_____/

On order of the Court, the application for leave to appeal the November 3, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk

s0320